**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
------------------------------------------------------------x
DAO FENG WANG, *on behalf of himself and others similarly situated*,

         Plaintiff,

v.

HE CHENG RESTAURANT CORP. D/B/A/ AYAME HIBACHI & SUSHI, PING AN XI LE INC., D/B/A AYAME HIBACHI & SUSHI, JIAN TU, SHENG LE CHEN, BAO MAY, AND QING CHI CAI

         Defendants.
------------------------------------------------------------x

Case No. 2:19-CV-20397-JMV-JAD

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff and Defendants in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action shall be and hereby is dismissed, with prejudice, and without costs or attorneys' fees to any party. This Court retains jurisdiction to enforce the Settlement Agreement and the Release of this action.

Dated: ~~February~~ March 18, 2020

/s/ Heng Wang

Wang, Gao & Associates, PC.

By Heng Wang, Esq
*Attorneys for Defendants*
36 Bridge Street
Metuchen, NJ 08840

/s/ Qinyu Fan

Hang & Associates, PLLC
By Qinyu Fan. Esq.
*Attorneys for Plaintiff*
136-20 38th Ave #10g Flushing, Ny 11354

8

**SO ORDERED:**

*/s/ Joe Mee Vgr/*

United States District Judge Date:
March 23, 2020